UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CINDY JEFFERS,
      Plaintiff,

v.                               Case No.: 2:12-cv-6003-RBS

NCO FINANCIAL SYSTEMS, INC.
      Defendant

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Ross S. Enders
Ross S. Enders Esq.
Attorney ID # 89840
Sessions, Fishman, Nathan & Israel
2303 Oxfordshire Road
Furlong PA 18925
Phone: (215) 794-7207
Facsimile: (215) 794-5079
Email: rsenders@sessions-law.biz
Attorney for the Defendant

Date: September 23, 2013

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: September 23, 2013

BY THE COURT:

R. BARCLAY SURRICK, J.

DATED: 9/23/13

cc: Arb. Clerk   9/23/13